James C. Bastian, Jr. – Bar No. 175415
Ryan D. O'Dea – Bar No. 273478
**SHULMAN HODGES & BASTIAN LLP**
8105 Irvine Center Drive, Suite 600
Irvine, California 92618
Telephone:   (949) 340-3400
Facsimile:   (949) 340-3000
Email: jbastian@shbllp.com; rodea@shbllp.com

Attorneys for ASR Constructors, Inc., a California corporation, Another Meridian Company, LLC, a California limited liability company, and Inland Machinery, Inc., a California corporation, the Debtors and Debtors in Possession

FILED & ENTERED

DEC 09 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY francisc   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>**ASR CONSTRUCTORS, Inc.,**<br>**a California corporation,**<br><br>Debtor.<br><br>In re<br><br>**ANOTHER MERIDIAN COMPANY, LLC, a California limited liability company,**<br><br>Debtor.<br><br>In re<br><br>**INLAND MACHINERY, INC., a California corporation,**<br><br>Debtor.<br><br>**Affects:**<br>☐  All Debtors.<br>☐  ASR Constructors, Inc.<br>☐  Another Meridian Company, LLC<br>☒  Inland Machinery, Inc. | Case No.  6:13-bk-25794-MH<br>Chapter  11<br><br>Jointly Administered with:<br>Case No.  6:13-bk-27529-MH<br>Case No.  6:13-bk-27532-MH<br><br>**ORDER AUTHORIZING THE DEBTOR TO:**<br><br>**(1) CONDUCT AN AUCTION SALE OF ASSETS OF THE ESTATE (MACHINERY AND EQUIPMENT) FREE AND CLEAR OF LIENS PURSUANT TO BANKRUPTCY CODE SECTION 363(b) AND (f);**<br><br>**(2) EMPLOY AUCTIONEER AND PAY COMPENSATION TO THE AUCTIONEER;**<br><br>**(3) AND GRANTING RELATED RELIEF**<br><br>**Hearing Date:**<br>Date:  December 9, 2014<br>Time:  2:00  p.m.<br>Place:  Courtroom 303<br>        3420 Twelfth Street<br>        Riverside, California |

**SHULMAN HODGES & BASTIAN LLP**
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

1

Auction #3 Order - Inland Machinery Inc.doc
4734-001\62

1        The *Motion for an Order Authorizing the Debtor to: (1) Conduct an Auction Sale of Assets of the Estate (Machinery and Equipment) Free and Clear of Liens Pursuant to Bankruptcy Code Section 363(b) and (f); (2) Employ Auctioneer and Pay Compensation to the Auctioneer; and (3) Granting Related Relief* ("Auction Motion") (docket 387) filed by Inland Machinery, Inc. ("Inland"), one of three affiliated companies which include ASR Constructors, Inc. a California corporation and Another Meridian Company, LLC, a California limited liability company, each a debtor and debtor in possession (collectively the "Debtors"), came on for hearing on December 9, 2014 before the Honorable Mark Houle, United States Bankruptcy Judge, presiding.

       Inland appeared by Shulman Hodges & Bastian LLP by Ryan D. O'Dea. Other appearances are reflected in the record of the Court.

       The Court having read and considered the Auction Motion, the Declarations of Alan Regotti and Zac Dalton annexed to the Auction Motion, the arguments of counsel made and the evidence proffered or adduced at the hearing on the Auction Motion and the entire records of these jointly administered cases, and the Court having found that proper notice of the Auction Motion has been given under the circumstances of this case, and good cause appearing, it is hereby

       **ORDERED** as follows:

1.    The Auction Motion is granted.

2.    Inland is authorized to employ Ritchie Bros. Auctioneers (America) Inc. ("Auctioneer") to coordinate and auction the sale of Inland's assets generally described as rental machinery and equipment (collectively the "Assets") no longer needed in the operation of Inland's machinery and equipment rental business including, but not limited to, the items listed in the Declaration of Alan Regotti ("Regotti Declaration") annexed to the Auction Motion.

3.    In the event that it is determined that any of the Assets are not owned by Inland, such non-owned items shall not be sold.

4.    The Auction Contract attached as Exhibit 1 to the Regotti Declaration is approved. Inland is authorized to enter into the Auction Contract and is authorized to pay the

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

2

Auction #3 Order - Inland Machinery Inc.doc
4734-001\62

1  Auctioneer's compensation pursuant to the terms of the Auction Contract. Inland is authorized
2  to use the proceeds of the auction sale to make Court approved disbursements to the Auctioneer
3  pursuant to the terms of the Auction Contract. Following payment of the Auctioneer's
4  compensation, the net auction proceeds shall be held by the Debtor in a segregated account
5  subject to the liens and cash collateral agreements with Federal Insurance Company ("Federal")
6  and Berkley Regional Insurance Company ("Berkley").

   5.   The auction sale of the Assets shall be conducted free and clear of any and all liens, encumbrances, claims and/or interests (collectively, the "Liens and Encumbrances") impacting the Assets, with all such Liens and Encumbrances upon the sold Assets to be unconditionally released, discharged and terminated, and with any Liens and Encumbrances not resolved or satisfied through the sale to attach only to the proceeds of the transaction with the same priority, validity, force and effect as they existed with respect to the sold Assets before the closing of the auction sale pending further Court order or agreement with the parties. Without limiting the foregoing, the following liens of record shall be treated as follows:

| Creditor | Lien Description | Treatment of Lien Through the Sale |
|---|---|---|
| Federal | UCC-1 Filing No. 12-7339143518 filed 11/28/12; Amendment No. 13-73536425 filed 3/22/13; Amendment No. 13-73522998 filed 3/15/13; Amendment No. 13-73517704 filed 3/11/13 and Amendment No. 13-73513989 filed 3/6/13 | Pursuant to Bankruptcy Code section 363(f)(2) this lien will be released, discharged and terminated at the close of escrow and the Assets will be sold free and clear of this lien and the lien will attach to the sale proceeds, if any, in the same validity and priority as existed prior to the sale. |
| Berkley | UCC-1 Filing No. 13-7366919227 filed 6/26/2013 | Pursuant to Bankruptcy Code section 363(f)(2) this lien will be released, discharged and terminated at the close of escrow and the Assets will be sold free and clear of this lien and the lien will attach to the sale proceeds, if any, in the same validity and priority as existed prior to the sale. |

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

3

Auction #3 Order - Inland Machinery Inc.doc
4734-001\62

| Creditor | Lien Description | Treatment of Lien Through the Sale |
|---|---|---|
| Riverside County Treasurer and Tax Collector | Proof of claim against Inland asserting a secured claim of $63,639.66. Tax lien recorded on 11/6/2013, document number 2013-0527072 | Pursuant to Bankruptcy Code sections 363(f)(1) and 363(f)(4) this lien will be released, discharged and terminated at the close of escrow and the Assets will be sold free and clear of this lien and the lien will attach to the sale proceeds, if any, in the same validity and priority as existed prior to the sale. |

6. With respect to any Assets sold that are subject to secured or other interests, Inland's rights to seek to surcharge the costs the Estate may have incurred in the maintenance of the secured or other party's collateral as well as with the preservation and liquidation of such collateral under Bankruptcy Code Section 506(c) are hereby reserved.

7. The fourteen day stay of this Order as provided by Federal Rules of Bankruptcy Procedure 6004(h) and 6006(d), or any other applicable rules, shall not apply and absent judicial imposition of a stay of this Order pending appeal, this Order is effective immediately and Inland may immediately consummate the actions that are approved this Order.

8. Once Inland determines its remaining machinery and equipment ("Remaining Equipment") not included in the current auction sale is no longer necessary for its business operations, Inland is authorized to conduct a further auction sale of the Remaining Equipment ("Further Auction"), with such Further Auction to be conducted at a later date to be determined but under the same terms and conditions of this Order for the current auction sale including the employment Ritchie Bros. Auctioneers (America) Inc. as Inland's auctioneer and entering into an auction contract in the same form as the Auction Contract attached as Exhibit 1 to the Regotti Declaration.

###

Date: December 9, 2014

Mark Houle
United States Bankruptcy Judge

Auction #3 Order - Inland Machinery Inc.doc
4734-001\62