1  James C. Bastian, Jr. – Bar No. 175415
   Melissa Davis Lowe – Bar No. 245521
2  **SHULMAN HODGES & BASTIAN LLP**
   100 Spectrum Center Drive, Suite 600
3  Irvine, California 92618
   Telephone:  (949) 340-3400
4  Facsimile:   (949) 340-3000
   Email: jbastian@shbllp.com; mlowe@shbllp.com
5
   Attorneys for ASR Constructors, Inc., a California corporation,
6  Another Meridian Company, LLC, a California limited liability company,
   and Inland Machinery, Inc., a California corporation,
7  the Debtors and Debtors in Possession

FILED & ENTERED

JUN 08 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY francisc   DEPUTY CLERK

**CHANGES MADE BY COURT**

8                    **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA,  RIVERSIDE DIVISION**

10

| | |
|---|---|
| 11  In re | Case No.  6:13-bk-25794-MH |
| 12  **ASR CONSTRUCTORS, INC., a California corporation,** | Chapter  11 |
| 13  | Jointly Administered with:<br>Case No.  6:13-bk-27529-MH |
| 14  Debtor. | Case No.  6:13-bk-27532-MH |
| 15  In re | **ORDER GRANTING STIPULATION TO CONTINUE HEARINGS ON (1) DEBTORS' DISCLOSURE STATEMENT AND (2) CHAPTER 11 STATUS CONFERENCE** |
| 16  **ANOTHER MERIDIAN COMPANY, LLC, a California limited liability company,** | |
| 17  | |
| 18  Debtor. | |
|     In re | **Current Hearing Date:** |
| 19  **INLAND MACHINERY, INC., a California corporation,** | Date:   June 9, 2015<br>Time:   2:00 p.m. |
| 20  | Place:  Courtroom 303 |
| 21  Debtor. | 3420 Twelfth Street<br>Riverside, CA 92501 |
| 22  **Affects:** | **Continued Hearing Date:** |
|     ☒ All Debtors. | Date:   July 7, 2015 |
| 23  ☐ ASR Constructors, Inc. | Time:   2:00 p.m.<br>Place:  Courtroom 303 |
| 24  ☐ Another Meridian Company, LLC | 3420 Twelfth Street |
| 25  ☐ Inland Machinery, Inc. | Riverside, CA 92501 |
| 26  | |

27       The Court having read and considered the *Stipulation to Continue Hearings on (1)*

28  *Debtors' Disclosure Statement and (2) Chapter 11 Status Conference* ("Stipulation") filed on

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1

4665-001\02
Continue DS Hearing Order 06

June 4, 2015, (Docket No. 457), and good cause having been shown, it is hereby **ORDERED** as follows:

1. The Stipulation is approved.

2. The hearings on the Debtors' Disclosure Statement and the Chapter 11 Status Conference shall be continued to **July 7, 2015, at 2:00 p.m.** ("New Hearing Date").

3. In accordance with the Local Bankruptcy Rules, any responses to the Disclosure Statement shall be extended until fourteen days prior to the New Hearing Date and any replies thereto, shall be extended to seven days prior to the New Hearing Date.

4. As they filed an updated Chapter 11 Status Conference Report (docket 444) on May 12, 2015, the Debtors' need not file an updated Chapter 11 Status Report prior to the New Hearing Date.

# # #

Date: June 8, 2015

Mark Houle
United States Bankruptcy Judge

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

4665-001\02
Continue DS Hearing Order 06