James C. Bastian, Jr. - Bar No. 175415
Melissa Davis Lowe – Bar No. 245521
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email: jbastian@shbllp.com; mlowe@shbllp.com

Attorneys for ASR Constructors, Inc., a California corporation, Another Meridian Company, LLC, a California limited liability company, and Inland Machinery, Inc., a California corporation, the Debtors and Debtors in Possession

FILED & ENTERED

JAN 08 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY cargill    DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br>**ASR CONSTRUCTORS, INC., a California corporation,**<br>Debtor. | Case No. 6:13-bk-25794-MH<br>Chapter 11<br>Jointly Administered with:<br>Case No. 6:13-bk-27529-MH<br>Case No. 6:13-bk-27532-MH |
| In re<br>**ANOTHER MERIDIAN COMPANY, LLC, a California limited liability company,**<br>Debtor. | **ORDER DISMISSING DEBTORS' CHAPTER 11 CASES**<br><br>**[No Hearing Required]** |
| In re<br>**INLAND MACHINERY, INC., a California corporation,**<br>Debtor. | |
| **Affects:**<br>☒    All Debtors.<br>☐    ASR Constructors, Inc.<br>☐    Another Meridian Company, LLC<br>☐    Inland Machinery, Inc. | |

The Court having reviewed and considered the record in this case including that certain "Order: (1) Approving Compromise Under Rule 9019 Between Gotte Electric, Inc., The Debtors and Their Insiders and Federal Insurance Company; (2) Approving Procedures for (i) Expedited Procedure to Resolve Claims Objections, (ii) Distribution of Funds of the Estates and (iii) Dismissal of the Chapter 11 Cases; and (3) Granting Related Relief" ("**9019 Order**") entered

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

4665-001\62
Dismissal Order ASR v2.docx

1

on December 30, 2015 (docket 601), the Settlement Agreement approved under the 9019 Order, and that certain "*Declaration of Alan Regotti Regarding Distributions Made Pursuant to the December 30, 2015 Order: (1) Approving Compromise Under Rule 9019 Between Gotte Electric, Inc., The Debtors and Their Insiders and Federal Insurance Company; (2) Approving Procedures for (i) Expedited Procedure to Resolve Claims Objections, (ii) Distribution of Funds of the Estates and (iii) Dismissal of the Chapter 11 Cases; and (3) Granting Related Relief*" (docket 601)", and good cause appearing,

IT IS HEREBY ORDERED as follows:

1.  The Chapter 11 cases commenced by the filing of voluntary petitions by ASR Constructors, Inc., ("ASR") on September 20, 2013, Case No. 6:13-bk-25794-MH, Another Meridian Company, LLC ("Meridian") on October 23, 2013, Case No. 6:13-bk-27529-MH, and Inland Machinery, Inc. (Inland), on October 23, 2013, Case No. 6:13-bk-27532-MH, are each hereby dismissed.

2.  Within ten days of entry of this Order dismissing ASR, Meridian and Inland's (collectively the "Debtors") bankruptcy cases ("Dismissal Order"), the Debtors shall pay all fees owed to the United States Trustee as of the date of entry of this Dismissal Order.

3.  Notwithstanding Bankruptcy Code Section 349, any and all prior orders entered by this Court in the Debtors' cases shall survive the dismissal of the Debtors' bankruptcy cases.

4.  The Debtors are authorized to make the Second Distribution[1] pursuant to the terms of the Settlement Agreement and the 9019 Order.

5.  Any checks from the First Distribution and/or Second Distribution that are not cashed within sixty (60) calendar days of the date the check is placed in the mail, such uncashed funds shall be paid (i) first, to Shulman Hodges & Bastian LLP if it has any outstanding fees not paid under the terms of the Settlement Agreement, and (ii) second, remaining uncashed funds, if any, shall be deposited and interplead to Gotte and ICW in the manner as provided in the 9019 Order.

---

[1] All capitalized terms not otherwise defined herein shall have the meaning set forth in the fully executed Settlement Agreement filed with the Court on December 14, 2015 (docket 586).

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

4665-001\62
Dismissal Order ASR v2.docx

6. The Court shall retain jurisdiction to resolve any disputes related to and to interpret and implement this Dismissal Order and the 9019 Order.

7. Except for the claims asserted in the declaratory relief action filed by ICW and/or Gotte pursuant to the Settlement Agreement, this Court shall retain jurisdiction to enforce the provisions of the Settlement Agreement, 9019 Order and this Dismissal Order and to resolve any dispute(s) concerning the Settlement Agreement, the 9019 Order and/or this Dismissal Order or the rights and duties of the parties hereunder or thereunder or any issues relating to the Settlement Agreement, the 9019 Order and/or this Dismissal Order including, interpretation of the terms, conditions and provisions thereof, and all issues and disputes arising in connection with the relief authorized under Settlement Agreement, the 9019 Order and/or this Dismissal Order.

# # #

Date: January 8, 2016

Mark Houle
United States Bankruptcy Judge

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

4665-001\62
Dismissal Order ASR v2.docx